AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KORNEAL TOLLIVER,

        Plaintiff,

           **V.**

UNITED STATES OF AMERICA,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV220-131

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 17th day of February 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, Plaintiff's Complaint is DISMISSED without prejudice, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____February 18, 2021_____
Date

John E. Triplett, Acting Clerk
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020